Kevin P. Rooney #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RYAN TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RYAN TAN,<br><br>　　　　　Defendant | Case No.: 6:25-mj-11 HBK<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL APPEARANCE, ARRAIGNMENT AND ENTRY OF PLEA<br><br>Date: August 15, 2025 or TBD<br>Time: 9:00 a.m. or TBD<br>Court: Hon. Helena M. Barch-Kuchta |

The United States of America, by and through Assistant U.S. Attorney Arin Heinz, and defendant Ryan Tan, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. This matter is scheduled for an initial appearance/arraignment and entry of plea on July 1, 2025 at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.  Mr. Tan has not previously made an initial appearance nor has he entered a plea. On May 13, 2025, the Court determined that Mr. Tan was not eligible for Federal Defender services and his initial appearance was re-scheduled for July 1.

2. Defense counsel was retained by Mr. Tan on June 19, 2025. Defense counsel has not yet received discovery; however, the parties are engaged in settlement discussions.

3. The parties stipulate that it is appropriate to reschedule the appearance/arraignment and entry of plea to August 15, 2025 at 9:00 a.m., or another time determined by the Court, with the re-scheduled hearing to be held at the United States District Court for the Eastern District of California courthouse located in Fresno, California.

4. The parties also agree that to the extent that the Speedy Trial Act is applicable in these circumstances, time should be excluded from the date of the Court's Order until Mr. Tan's initial appearance on August 15, 2025 or another date set by the Court, in the interest of justice and to allow adequate preparation by defense counsel which outweighs the public interest in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(7) and all other statutory authority.

Dated: June 25, 2025              MICHELLE BECKWITH
                                  Acting United States Attorney

                                  By: /s/ Arin Heinz
                                  ARIN HEINZ
                                  Assistant United States Attorney

Dated: June 25, 2025              /s/ KEVIN ROONEY
                                  KEVIN ROONEY
                                  Counsel for Defendant
                                  Ryan Tan

**ORDER**

Pursuant to the parties' stipulation and the grounds stated therein, the Court vacates the initial appearance/arraignment scheduled for July 1, 2025 and resets that initial appearance/arraignment and entry of plea to August 15, 2025 at 9:00 a.m. before the Hon. Helena M. Barch-Kuchta at the United States District Court for the Eastern District of California courthouse located in Fresno, California.

IT IS SO ORDERED.

Dated:   June 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE