IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 6:25-mj-00011-HBK |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| RYAN TAN, | |
| Defendant. | |

The above-named defendant having been sentenced on August 15, 2025 to 5 Days in custody with credit for 1 day served.

IT IS HEREBY ORDERED that the defendant shall be released on August 19, 2025.

A certified Judgment and Commitment order to follow.

Dated:   August 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE