Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RYAN TAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RYAN TAN, et al<br>Defendant. | Case No.: 6:25- mj- 00011 HBK<br>REQUEST TO CORRECT RELEASE ORDER AND ORDER<br>Date: TBD<br>Time: TBD<br>Hon. Helena Barch-Kuchta |

By law, Mr. Tan should be released on August 18, 2025 and not on August 19 as ordered by the Court.

On August 15, 2025, Mr. Tan was sentenced to five days in custody with credit for one day already served and he was remanded when the sentencing hearing was completed. Dkt. 12. Mr. Tan is obligated to serve 4 days in custody; August 15, 16, 17, and 18.

The Court issued an order that Mr. Tan be released on August 19, 2025. Dkt. 13. Contrary to that order, 18 U.S.C. § 3624(a) specifies that, “A prisoner shall be released by the Bureau of Prisons on the date of the expiration of the prisoner’s term of imprisonment, less any time credited toward the service of the prisoner’s sentence…” .

Mr. Tan should be released on August 18, 2025 which is the date his sentence expires.

Dated: August 15, 2025

Respectfully submitted,

/s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
RYAN TAN

[PROPOSED] ORDER

Defendant Ryan Tan having been sentenced on August 15, 2025 to 5 Days in custody with credit for one day served,

IT IS HEREBY ORDERED that the defendant shall be released on August 18, 2025.

This Order supersedes any other Order regarding Mr. Tan's release.

Dated: August 15, 2025

Helena M. Barch-Kuchta
HON. HELENA BARCH-KUCHTA
UNITED STATES DMAGISTRATE JUDGE