Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RYAN TAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>RYAN TAN, et al<br><br>   Defendant. | Case No.: 6:25- mj- 00011 HBK<br><br>MOTION TO WITHDRAW FROM REPRESENTATION BY RETAINED COUNSEL AND ORDER<br><br><br>Date: TBD<br>Time: TBD<br>Hon. Helena Barch-Kuchta |

   Counsel was retained in this case to represent Mr. Tan through sentencing. Counsel has fulfilled his professional obligations and requests to withdraw from further representation in this case.

   Counsel has notified Mr. Tan of the terms of his probation. Counsel is informed and believes that Mr. Tan has no objection to counsel's withdrawal from further representation.

   Dated:  August 29, 2025          Respectfully submitted,

                                     /s Kevin Rooney
                                    KEVIN P. ROONEY
                                    Attorney for defendant
                                    RYAN TAN

1

<u>ORDER</u>

Attorney Kevin. P. Rooney is hereby relieved from further representation in this matter.

IT IS SO ORDERED.

Dated:   October 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE