ERIC GRANT
United States Attorney
JOSHUA BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RYAN TAN,<br><br>               Defendant. | Case No 6:25-mj-00011-HBK<br><br>MOTION TO REQUEST REFERRAL TO PROBATION AND ORDER |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua Banister, Assistant United States Attorney, and Nancy Phillipe, Law Enforcement Paralegal Specialist (Rule 180) hereby moves to request a referral to United States Probation in Case No. 6:25-mj-00011-HBK against Defendant RYAN TAN in the interest of justice.

On August 15, 2025, the Defendant was sentenced to 24 months of unsupervised probation. *See* Dkt. No 16.  Condition 2 of the Defendant's probation requires him to "obey all federal, state and local laws." Condition 9 requires him to "abstain from the use of possession of drugs and alcohol." The Government alleges that the Defendant violated Condition 2 and 9 when he was arrested on February 7, 2026, for violations of California Vehicle Code 23152(a) driving while under the influence of alcohol (misdemeanor) and California Vehicle Code 21658(a) a vehicle shall be driven as nearly as practical

entirely within a single lane and shall not be moved from the lane until such movement can be made with reasonable safety.  The Government was informed of TAN's arrest through his legal counsel and confirmed the charges through Fullerton Police Department.

The United Sates requests that the Court refer this matter to United States Probation for review.


DATED: May 4, 2026                                    Respectfully submitted,

                                                      ERIC GRANT
                                                      Acting United States Attorney

                                        By:    */s/ Joshua Banister*
                                                      JOSHUA BANISTER
                                                      Assistant United States Attorney

                                        By:    */s/ Briana M. Vollmer*
                                                      BRIANA M. VOLLMER
                                                      Law Enforcement Specialist (Rule 180)

U.S. v. TAN
Case No. 6:25-mj-00011-HBK

## **O R D E R**

IT IS HEREBY ORDERED that Case No. 6:25-mj-00011-HBK against RYAN TAN is referred to probation.

Dated:    May 4, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3

U.S. v. TAN
Case No. 6:25-mj-00011-HBK